## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**LESLIE MARQUEZ,**

      **Plaintiff,**

    **v.**               **CIV. NO. 1:20-cv-00110-JCH-KRS**

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**

      **Defendant**

## ORDER GRANTING PLAINTIFF'S STIPULATED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand (Doc.26), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until September 26, 2020, to file her Motion to Reverse and/or Remand; Defendant shall have until November 25, 2020, to file a Response, and Plaintiff shall have until December 9, 2020 to file a Reply.

BY THE COURT:

_____

HONORABLE KEVIN R. SWEAZEA

SUBMITTED AND APPROVED BY:

/S/ Benjamin E. Decker
_____
Benjamin E. Decker
Attorney for the Plaintiff


*Approved as to form via Email on 8.27.20*

_____
Ms. Melissa Schuenemann
Special Assistant United States Attorney