## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LESLIE MARQUEZ,
     **Plaintiff,**

vs.                                  **CIV NO.  1:20-CV-110-JCH-KRS**

ANDREW SAUL,
**Commissioner of Social Security,**
**Defendant.**

## ORDER FOR EXTENSION

     Upon consideration of Defendant's First Unopposed Motion for Extension of Time (Doc. 31) to file a response brief to Plaintiff's Motion to Reverse and/or Remand (Doc. 28), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

     IT IS THEREFORE ORDERED that Defendant shall have until December 28, 2020, to file a response, and Plaintiff shall have until January 11, 2021, to file a reply, if any.


_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 11/24/20*
KIRSTEN A. WESTERLAND
Special Assistant United States Attorney


*Electronically approved 11/24/20*
BENJAMIN EILERS DECKER
Attorney for Plaintiff

1