**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LESLIE MARQUEZ,

      Plaintiff,

      vs.                                      No. 1:20-CV-00110-KRS

ANDREW SAUL, Commissioner of
Social Security,

      Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and/or Remand (Doc. 28) in an opinion and

order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

against Plaintiff and in favor of the Commissioner of the Social Security Administration.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**